ANDRE GILLIER and Another v. ADLER & ADLER, INC.— Motion to dismiss

appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.